■ SHAWN MCCARTHY, Appellant-Respondent, v CSX TRANS-PORTATION, INC., Respondent-Appellant. [940 NYS2d 909]—Appeal

and cross appeal from an order of the Supreme Court, Erie County (Frederick J. Marshall, J.), entered November 19, 2010. The order denied plaintiff's motion to set aside the verdict and denied defendant's cross motion to set aside the verdict.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Smith, Fahey, Carni and Sconiers, JJ.